Argued March 28, affirmed March 28, petition for rehearing
denied April 25, petition for review
denied August 1, 1972

STATE OF OREGON, *Respondent, v.* ERWIN McDONALD, *whose true name is* ERVIN McDONALD (No. C-59629), *Appellant.*

494 P2d 904

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.